IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NICOLE ALLEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D16-2471

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 14, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Nicole Allen, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROBERTS, C.J., WOLF and RAY, JJ., CONCUR.